IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM HARRIS, JR., : | |
| ANGELL HARRIS, : | |
| LORRIA RUIZ, : | |
| : | |
| Plaintiffs, : | CIVIL ACTION |
| v. : | |
| : | |
| DERRICK JACOBS, : | |
| CITY OF PHILADELPHIA, : | |
| : | |
| Defendants. : | NO. 11-4685 |
| : | |
| : | |

## ORDER

**AND NOW**, this *18th* day of *September*, 2012, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 11), Plaintiffs' Response in Opposition (Docket No. 14), Defendants' Reply (Docket No. 15), and Plaintiffs' Sur-Reply (Docket No. 19), it is hereby **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment is **DENIED** as to Plaintiffs' malicious prosecution claim asserted against Detective Jacobs;

2. Defendants' Motion for Summary Judgment is **GRANTED** and **JUDGMENT IS ENTERED** in the City of Philadelphia's favor on the municipal liability claim asserted against it;

2. Plaintiffs' request for spoliation sanctions as a result of the loss and/or destruction of Detective Jacobs's investigation file is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.